580 A.2d 1085

IN THE MATTER OF HOWARD PITT, AN ATTORNEY AT LAW.

October 23, 1990.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that HOWARD PITT of GREENWOOD

LAKE, who was admitted to the bar of this State in 1974, be publicly reprimanded for failing to maintain a *bona fide* office for the practice of law, in violation of *Rule* 1:21–1(a) and *RPC* 5.5(a) and for failing to cooperate with this ethics investigation, in violation of *RPC* 8.1, and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review are adopted, and HOWARD PITT is hereby publicly reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it. is further

ORDERED that respondent shall reimburse the Ethics. Financial Committee for appropriate administrative costs incurred in the prosecution of this matter.